Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Philip J. Terravecchia Jr.**
**aka Phil J. Terravecchia Jr.**
**Susan L. Terravecchia**
   Debtor(s)

Bankruptcy Case No.: 19–22451–CMB
Per December 19, 2019 Proceeding
Chapter: 13
Docket No.: 32 – 2, 22
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated June 19, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒  A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $1,215.00 as of January, 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐  B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐  C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☒  D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐  E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒  G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: IRS (Cl. #4); PA Dept. of Revenue (Cl. #6); US Bank (Cl. #23) .

☒  H.    Additional Terms: Fayette County Tax Claim Bureau (Cl. #17) governs for 2018 and before. Plan governs as to 2019 Real Estate Tax.

    The secured claims(s) of the following Creditor(s) shall govern as to claim amount, to be paid at the modified plan terms: One Main Financial (Cl. #10), payment determined by Trustee.

*(2.)*    *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: December 27, 2019

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                              Case No. 19-22451-CMB
Philip J. Terravecchia, Jr.                                         Chapter 13
Susan L. Terravecchia
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: dric                Page 1 of 3                 Date Rcvd: Dec 27, 2019
                              Form ID: 149              Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2019.
db/jdb         +Philip J. Terravecchia, Jr.,    Susan L. Terravecchia,    174 Coal Street,
                 Lemont Furnace, PA 15456-1080
15073293        AES/PHEAA,    P.O. Box 8183,    Harrisburg, PA 17105-8183
15073292        Advanced Call Center Technologies,    P.O. Box 9091,    Gray, TN 37615-9091
15073295      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    P.O. Box 982234,    El Paso, TX 79998-2234)
15097351       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
15123838        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
15073301       +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                 Uniontown, PA 15401-3514
15073302        Fayette EMS,    P.O. Box 862,    Connellsville, PA 15425-0862
15073303        Foundation Radiology Group, PC,    75 Remittance Drive--Dept. 6757,    Chicago, IL 60675-6757
15073304        Hayt, Hayt & Landau, LLC,    Two Industrial Way West,    P.O. Box 500,    Eatontown, NJ 07724-0500
15073308       +KML Law Group,    Suite 5000--BNY Mellon Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
15073309       +Linebarger Goggan Blair & Sampson,    75 South Houcks Road--Suite 301,
                 Harrisburg, PA 17109-2835
15073312       +Mariner Finance,    1155 Washington Pike--Suite 60,    Bridgeville, PA 15017-2827
15073311       +Mariner Finance,    45 West Main Street,    Uniontown, PA 15401-3341
15084232       +Nelnet on behalf of ASA,    American Student Assistance,    PO Box 16129,
                 St. Paul MN 55116-0129
15073316       +North Union Township,    James ~Mari,    1197 Connellsville Road,    Lemont Furnace, PA 15456-1071
15084167       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
15073305       +Sheryl R. Heid, Esq.,    4 North Beeson Boulevard,    Uniontown, PA 15401-3438
15073322       +Specialized Loan Servicing, LLC,    8742 Lucent Blvd.--Suite 300,
                 Highlands Ranch, CO 80129-2386
15073321       +Stephen Selinger, Esq.,    140 Broadway--26th Floor,    New York, NY 10005-1108
15112826        U.S. Bank National Association, as Trustee, for Ma,    c/o Ditech Financial LLC,    PO Box 12740,
                 Tempe, AZ 85284-0046
15073323        Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
15073324       +Vantage Acceptance,    5950 Canoga Avenue--Suite 300,    Woodland Hills, CA 91367-5011
15073326        Weltman, Weinberg & Reis,    436 Seventh Avenue--Suite 2500,    Pittsburgh, PA 15219-1842
15090666       +Wilmington Savings Fund Society,,    FSB Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2019 02:27:59
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15073294        E-mail/Text: bankruptcy@sccompanies.com Dec 28 2019 02:23:10
                 AmeriMark Premier Easy Pay Plan,    P.O. Box 2845,    Monroe, WI 53566-8045
15073296       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 28 2019 02:25:04
                 Blair/Comenity Capital Bank,    Bankruptcy Department,    P.O. Box 183043,
                 Columbus, OH 43218-3043
15073297        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 28 2019 02:27:21     Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
15081259        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 28 2019 02:27:56
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
15095549       +E-mail/Text: bankruptcy@sccompanies.com Dec 28 2019 02:25:49     Country Door,
                 c/o Creditors Bankruptcy Service,    P. O. Box 800849,    Dallas, TX 75380-0849
15073298        E-mail/PDF: creditonebknotifications@resurgent.com Dec 28 2019 02:28:04     Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
15073299        E-mail/Text: mrdiscen@discover.com Dec 28 2019 02:24:58     Discover Bank,    P.O. Box 30421,
                 Salt Lake City, UT 84130-0421
15076585        E-mail/Text: mrdiscen@discover.com Dec 28 2019 02:24:58     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
15073300        E-mail/Text: bankruptcy.bnc@ditech.com Dec 28 2019 02:25:02     Ditech Financial, LLC,
                 Ditech Bankruptcy Department,    P.O. Box 6154,    Rapid City, SD 57709-6154
15095550       +E-mail/Text: bankruptcy@sccompanies.com Dec 28 2019 02:25:49     Ginny’s,
                 c/o Creditors Bankruptcy Service,    P. O. Box 800849,    Dallas, TX 75380-0849
15073306        E-mail/Text: cio.bncmail@irs.gov Dec 28 2019 02:25:01     Internal Revenue Service,
                 P. O. Box 7346,    Philadelphia, PA 19101-7346
15073307        E-mail/PDF: gecsedi@recoverycorp.com Dec 28 2019 02:28:41     JC Penney/Synchrony Bank,
                 Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
15076819        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 28 2019 02:27:29     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15073310        E-mail/PDF: gecsedi@recoverycorp.com Dec 28 2019 02:28:32     Lowe’s/Synchrony Bank,
                 Attn: Bankruptcy Deptartment,    P.O. Box 965060,    Orlando, FL 32896-5060
15073313       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 28 2019 02:25:17     Midland Funding,
                 2365 Northside Drive--Suite 300,    San Diego, CA 92108-2709
15105199       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 28 2019 02:25:17     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
```

```
District/off: 0315-2          User: dric                  Page 2 of 3                   Date Rcvd: Dec 27, 2019
                              Form ID: 149                Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15073314       E-mail/Text: bankruptcy@sccompanies.com Dec 28 2019 02:25:49      Montgomery Ward,
                 1112 7th Avenue,    Monroe, WI 53566-1364
15095548      +E-mail/Text: bankruptcy@sccompanies.com Dec 28 2019 02:25:49      Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P. O. Box 800849,    Dallas, TX 75380-0849
15081464      +E-mail/Text: ext_ebn_inbox@navyfederal.org Dec 28 2019 02:25:48       NAVY FEDERAL CREDIT UNION,
                 P O BOX 3000,    MERRIFIELD, VA 22119-3000
15073315       E-mail/Text: electronicbkydocs@nelnet.net Dec 28 2019 02:25:22      Nelnet Student Loan Trust,
                 Attn: Claims,    P.O. Box 82505,    Lincoln, NE 68501-2505
15073317       E-mail/PDF: cbp@onemainfinancial.com Dec 28 2019 02:27:15      One Main Financial,
                 P.O. Box 3251,    Evansville, IN 47731-3251
15089385      +E-mail/PDF: cbp@onemainfinancial.com Dec 28 2019 02:27:50      OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
15073318       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 28 2019 02:25:11      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
15108916       E-mail/Text: bnc-quantum@quantum3group.com Dec 28 2019 02:25:06
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
15108915       E-mail/Text: bnc-quantum@quantum3group.com Dec 28 2019 02:25:06
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
15073319       E-mail/Text: bkdepartment@rtresolutions.com Dec 28 2019 02:25:24      Real Time Resolutions,
                 1349 Empire Central--Suite 150,    Dallas, TX 75247-4029
15111744       E-mail/Text: bkdepartment@rtresolutions.com Dec 28 2019 02:25:24
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
15073320      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 28 2019 02:25:50
                 Receivables Management Partners,    Attention: Bankruptcy,    P.O. Box 349,
                 Greensburg, IN 47240-0349
15074541      +E-mail/PDF: gecsedi@recoverycorp.com Dec 28 2019 02:27:53      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15106138       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 28 2019 02:28:51      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
15073325      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 28 2019 02:23:11
                 Verizon Wireless Bankruptcy Admin.,    500 Technology Drive--Suite 500,
                 Weldon Springs, MO 63304-2225
15073327       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 28 2019 02:25:05      Woman Within/Comenity Bank,
                 Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
                                                                                              TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ditech Financial LLC
cr             Specialized Loan Servicing, LLC, As Servicer For W
cr*           ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2019 at the address(es) listed below:
          Daniel R. White   on behalf of Plaintiff Philip J. Terravecchia, Jr. zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White   on behalf of Debtor Philip J. Terravecchia, Jr. zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White   on behalf of Joint Debtor Susan L. Terravecchia zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
```

```
District/off: 0315-2              User: dric                 Page 3 of 3                   Date Rcvd: Dec 27, 2019
                                  Form ID: 149               Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           Daniel R. White    on behalf of Plaintiff Susan L. Terravecchia zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
           James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
           Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC, As Servicer For Wilmington Savings Fund Society, FSB, DBA, Christina Trust, Not In Its Individual Capacity, But Solely In Its Capacity As Owner Trustee For WF 19 Grant kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                   TOTAL: 8