File No.: 12091

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Philip J. Terravecchia, Jr., | : | Case No.  19-22451 CMB |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 17 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtors, certify that on January 2, 2020, I served a copy of the Court's January 2, 2020, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at C. Harper Chevrolet, Inc., Attn: Payroll Manager, P.O. Box 748, Belle Vernon, PA 15012.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: January 2, 2020

> ZEBLEY MEHALOV & WHITE, P.C.
> BY
>
> /s/ Daniel R. White
> Daniel R. White
> PA I.D. No. 78718
> P.O. Box 2123
> Uniontown, PA 15401
> 724-439-9200
> Email: dwhite@Zeblaw.com
> Attorneys for Debtors