**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-22451-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Philip J. Terravecchia, Jr.<br>174 Coal Street<br>Lemont Furnace PA 15456 | Susan L. Terravecchia<br>174 Coal Street<br>Lemont Furnace PA 15456 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/22/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 23: U.S. Bank National Association, as Trustee, for Ma, c/o Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/25/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-22451-CMB
Philip J. Terravecchia, Jr.                                           Chapter 13
Susan L. Terravecchia
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil            Page 1 of 1           Date Rcvd: Apr 23, 2020
                          Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2020.
15112826        U.S. Bank National Association, as Trustee, for Ma,   c/o Ditech Financial LLC,    PO Box 12740,
                 Tempe, AZ 85284-0046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2020 at the address(es) listed below:
       Daniel R. White    on behalf of Plaintiff Philip J. Terravecchia, Jr. zmwchapter13@gmail.com,
        gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
       Daniel R. White    on behalf of Debtor Philip J. Terravecchia, Jr. zmwchapter13@gmail.com,
        gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
       Daniel R. White    on behalf of Joint Debtor Susan L. Terravecchia zmwchapter13@gmail.com,
        gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
       Daniel R. White    on behalf of Plaintiff Susan L. Terravecchia zmwchapter13@gmail.com,
        gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
       James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
       Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for Deutsche
        Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF13,
        Mortgage Pass-Through Certificates, Series 2006-FF13 kebeck@bernsteinlaw.com,
        jbluemle@bernsteinlaw.com
       Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC, As Servicer For
        Wilmington Savings Fund Society, FSB, DBA, Christina Trust, Not In Its Individual Capacity, But
        Solely In Its Capacity As Owner Trustee For WF 19 Grant kebeck@bernsteinlaw.com,
        jbluemle@bernsteinlaw.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                     TOTAL: 9