File No. 12091

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-22451 CMB |
| | : | |
| Philip J. Terravecchia, Jr. and Susan L. Terracvecchia, | : | Chapter 13 |
| | : | |
| | : | Document No.: _____ |
| Debtors. | : | |
| | : | Hearing Date and Time: November 10, 2020, at 11:00 a.m. |
| Philip J. Terravecchia, Jr., | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Discover Bank, | : | |
| | : | |
| Respondent. | : | |

### Certification of No Objection
### Regarding Debtors' Motion to Avoid Judgment Liens

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Avoid Judgment Lien filed on October 7, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Avoid Judgment Lien were to be filed and served no later than October 26, 2020.

It is hereby respectfully requested that the Order attached to the Motion to Avoid Judgment Lien be entered by the Court.

Dated: October 27, 2020

ZEBLEY MEHALOV & WHITE, P.C.

By: /s/ Daniel R. White
Daniel R. White
PA I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
(724) 439-9200
Email: dwhite@Zeblaw.com
Attorneys for Debtors