File No. 12091

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-22451 CMB |
| | : | |
| Philip J. Terravecchia, Jr. and Susan L. Terracvecchia, | : | Chapter 13 |
| | : | 47 |
| | : | Document No.: _____ |
| Debtors. | : | |
| | : | |
| Philip J. Terravecchia, Jr., | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Discover Bank, | : | |
| | : | |
| Respondent. | | |

**ENTERED BY DEFAULT**
<u>ORDER</u>

AND NOW, upon consideration of the Debtors' motion to avoid judgment lien, the court orders, adjudges, and decrees as follows:

1. The judgment entered by respondent, Discover Bank, for $1,079.60 against Phil J. Terravecchia at No. 1114 of 2018, G.D. Fayette County Court of Common Pleas, impairs Debtor/Husband's exemption under 11 U.S.C. §522(d)(1).

2. The aforesaid judgment lien of Discover Bank is hereby avoided and cancelled in its entirety.

Dated: 10/27/2020
_____

FILED
10/27/20 1:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT,

_____ dmk
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Philip J. Terravecchia, Jr.  
Susan L. Terravecchia  
    Debtor(s)

Case No. 19-22451-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 2  
Date Rcvd: Oct 27, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Philip J. Terravecchia, Jr., Susan L. Terravecchia, 174 Coal Street, Lemont Furnace, PA 15456-1080 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Susan L. Terravecchia, 174 Coal Street, Lemont Furnace, PA 15456-1080 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Daniel R. White  
     on behalf of Plaintiff Philip J. Terravecchia  Jr. zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Daniel R. White  
     on behalf of Debtor Philip J. Terravecchia  Jr. zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Daniel R. White

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Joint Debtor Susan L. Terravecchia zmwchapter13@gmail.com
    gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Daniel R. White

    on behalf of Plaintiff Susan L. Terravecchia zmwchapter13@gmail.com
    gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Keri P. Ebeck

    on behalf of Creditor Specialized Loan Servicing  LLC as Servicer for Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF13, Mortgage Pass-Through Certificates, Series 2006-FF13 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Keri P. Ebeck

    on behalf of Creditor Specialized Loan Servicing  LLC, As Servicer For Wilmington Savings Fund Society, FSB, DBA, Christina Trust, Not In Its Individual Capacity, But Solely In Its Capacity As Owner Trustee For WF 19 Grant kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9