## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

04/04/2024

IN RE:

PHILIP J. TERRAVECCHIA, JR.                     Case No.19-22451 CMB
SUSAN L. TERRAVECCHIA
174 COAL STREET                                 Chapter 13
LEMONT FURNACE,  PA  15456
XXX-XX-8401          Debtor(s)

XXX-XX-1895

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/4/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

# CLAIM RECORDS

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 2257 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: JCP/PRAE | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | ACCOUNT NO.:  3581 |
| PO BOX 3025 | | |
| | CLAIM: 719.60 | |
| NEW ALBANY, OH 43054-3025 | COMMENT:  AVD/OE*2BVD/PL*SEC/SCH*UNS/CL*dtr mtn avoid | |

| | | |
|---|---|---|
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| PO BOX 10826 | Court Claim Number:23 | ACCOUNT NO.:  3897 |
| | CLAIM: 0.00 | |
| GREENVILLE, SC 29603-0826 | COMMENT:  CL23GOV*PMT/CL-PL@DITECH/PL*636.56 X (60+2)=LMT*1ST*SCH*BGN 7/19*FR US | |

| | | |
|---|---|---|
| **FAYETTE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:4   INT %: 9.00% | CRED DESC:  SECURED CREDITOR |
| 2 WEST MAIN ST | Court Claim Number:17 | ACCOUNT NO.:  0051 |
| | CLAIM: 1,845.16 | |
| UNIONTOWN, PA 15401 | COMMENT:  25290051*CL17GOV~18*1806.70@9%/PL*18/PL-CL*18,19/SCH | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL SERVICES INC A/S/F SPRI** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  VEHICLE |
| C/O ONE MAIN(*) | Court Claim Number:11 | ACCOUNT NO.:  6675 |
| PO BOX 3251 | | |
| | CLAIM: 0.00 | |
| EVANSVILLE, IN 47731-3251 | COMMENT:  SURR/PL*2925.00/CL*W/42 | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL SERVICES INC A/S/F SPRI** | Trustee Claim Number:6   INT %: 5.00% | CRED DESC:  VEHICLE |
| C/O ONE MAIN(*) | Court Claim Number:10 | ACCOUNT NO.:  2624 |
| PO BOX 3251 | | |
| | CLAIM: 1,004.22 | |
| EVANSVILLE, IN 47731-3251 | COMMENT:  $CL10GOV@TERMS/PL*PMT/CONF*1002.53@5%/PL*PRO RATA/PL*1059.98/CL*PIF/ | |

| | | |
|---|---|---|
| **SPECIALIZED LOAN SERVICING LLC - AGNT FOI** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O SPECIALIZED LOAN SERVICING LLC* | Court Claim Number:12 | ACCOUNT NO.:  9630 |
| 6200 S QUEBEC ST | | |
| | CLAIM: 7,901.36 | |
| GREENWOOD VILLAGE, CO 80111 | COMMENT:  AVD/OE*$0@0%@$0/MO/PL*2ND*FR WILMINGTON-DOC 52 | |

| | | |
|---|---|---|
| **SHERYL HEID** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 4 N BEESON AVE | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| UNIONTOWN, PA 15401 | COMMENT: | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT:  DITECH FNCL/PRAE | |

| | | |
|---|---|---|
| **WELTMAN WEINBERG & REIS CO LPA** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| TWO ALLEGHENY CENTER | Court Claim Number: | ACCOUNT NO.: |
| NOVA TOWER 2 SUITE 1302 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15212 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE\*** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:4 | ACCOUNT NO.: 8401 |
| PO BOX 7317 | | |
| | CLAIM: 453.15 | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: CL4GOV\*600/PL\*8401~1895~16/SCH-PL | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE\*** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:6 | ACCOUNT NO.: 8401 |
| STRAWBERRY SQ | | |
| | CLAIM: 541.83 | |
| HARRISBURG, PA 17128 | COMMENT: CL6GOV\*650/PL\*8401~1895~17/SCH-PL | |

| | | |
|---|---|---|
| **ECMC(\*)** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| LOCKBOX #8682 | Court Claim Number:8 | ACCOUNT NO.: 1895 |
| PO BOX 16478 | | |
| | CLAIM: 10,931.91 | |
| ST PAUL, MN 55116-0478 | COMMENT: FR PNC C/O PHEAA-DOC 40 | |

| | | |
|---|---|---|
| **AMERIMARK** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 2845 | Court Claim Number: | ACCOUNT NO.: 2033 |
| | CLAIM: 0.00 | |
| MONROE, WI 53566-8045 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA\*\*** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:16 | ACCOUNT NO.: 3936 |
| | CLAIM: 2,933.85 | |
| WILMINGTON, DE 19886-5102 | COMMENT: | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:20 | ACCOUNT NO.: 6084 |
| | CLAIM: 783.46 | |
| KIRKLAND, WA 98083-0788 | COMMENT: BLAIR/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:5 | ACCOUNT NO.: 5019 |
| | CLAIM: 2,870.33 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGE | Court Claim Number:18 | ACCOUNT NO.: 6417 |
| PO BOX 2011 | | |
| | CLAIM: 596.12 | |
| WARREN, MI 48090 | COMMENT: 2789/SCH\*CREDIT ONE BANK | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number: | ACCOUNT NO.: 2009 |
| PO BOX 3025 | | |
| | CLAIM: 0.00 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **FAYETTE EMS** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 301 S ARCH ST POB 862 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| CONNELLSVILLE, PA 15425 | COMMENT: NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **FOUNDATION RADIOLOGY GROUP PC++** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 75 REMITTANCE DR #3310 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| CHICAGO, IL 60675 | COMMENT: | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 2257 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~JCP/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:2 | ACCOUNT NO.: 3986 |
| PO BOX 10587 | | |
| | CLAIM: 4,326.01 | |
| GREENVILLE, SC 29603-0587 | COMMENT: LOWES/SCH*SYNCH | |

| | | |
|---|---|---|
| **MARINER FINANCE** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1155 WASHINGTON PIKE STE 60 | Court Claim Number: | ACCOUNT NO.: 0801 |
| | CLAIM: 0.00 | |
| BRIDGEVILLE, PA 15017 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **MARINER FINANCE** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1155 WASHINGTON PIKE STE 60 | Court Claim Number: | ACCOUNT NO.: 3515 |
| | CLAIM: 0.00 | |
| BRIDGEVILLE, PA 15017 | COMMENT: | |

| | | |
|---|---|---|
| **MONTGOMERY WARD**\*\* | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number:13 | ACCOUNT NO.: 5290 |
| PO BOX 800849 | | |
| | CLAIM: 1,157.83 | |
| DALLAS, TX 75380 | COMMENT: 1290~NO$/SCH | |

| | | |
|---|---|---|
| **ECMC(\*)** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| LOCKBOX #8682 | Court Claim Number:9 | ACCOUNT NO.: 1895 |
| PO BOX 16478 | | |
| | CLAIM: 17,474.21 | |
| ST PAUL, MN 55116-0478 | COMMENT: 0399/SCH*FR NENET O/B/O ASA-DOC 26 | |

| | | |
|---|---|---|
| **NORTH UNION TWP** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 95 | Court Claim Number: | ACCOUNT NO.: 8401 |
| | CLAIM: 0.00 | |
| BROWNSVILLE, PA 15417 | COMMENT: 18~PER CAP/SCH | |

| | | |
|---|---|---|
| **REAL TIME RESOLUTIONS INC AS AGENT FOR C** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O REAL TIME RESOLUTIONS INC* | Court Claim Number:22 | ACCOUNT NO.: 8949 |
| PO BOX 35888 | | |
| | CLAIM: 4,778.98 | |
| DALLAS, TX 75235 | COMMENT: LOAN DOCS SIGNED@SEAL 12/2/2008 | |

| | | |
|---|---|---|
| **UNIONTOWN HOSPITAL** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 500 W BERKELEY ST | Court Claim Number: | ACCOUNT NO.: 3928 |
| | CLAIM: 0.00 | |
| UNIONTOWN, PA 15401 | COMMENT: | |

**CLAIM RECORDS**

| VERIZON BY AMERICAN INFOSOURCE AS AGENT | Trustee Claim Number:31 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 4457 | Court Claim Number:19 | ACCOUNT NO.:  0001 |
| | CLAIM:  413.76 | |
| HOUSTON, TX  77210-4457 | COMMENT:  ACCT OPEN 1/22/17*LAST TRANSACTION 8/5/17 | |

| QUANTUM3 GROUP LLC AGNT - COMENITY BANK | Trustee Claim Number:32 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 788 | Court Claim Number:21 | ACCOUNT NO.:  7439 |
| | CLAIM:  130.06 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  WOMAN WITHIN/SCH | |

| ADVANCED CALL CENTER TECHNOLOGIES LLC | Trustee Claim Number:33 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
|---|---|---|
| POB 9091 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| JOHNSON CITY, TN  37615 | COMMENT: | |

| HAYT HAYT & LANDAU LLC | Trustee Claim Number:34 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
|---|---|---|
| 123 S BROAD ST STE 1325 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19109 | COMMENT:  NT ADR/SCH | |

| LINEBARGER GOGGAN BLAIR ET AL | Trustee Claim Number:35 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
|---|---|---|
| 5080 TUTTLE CROSSING BLVD | Court Claim Number: | ACCOUNT NO.: |
| STE 340 | | |
| | CLAIM:  0.00 | |
| DUBLIN, OH  43016 | COMMENT: | |

| MIDLAND FUNDING | Trustee Claim Number:36 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
|---|---|---|
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  NT ADR/SCH | |

| RMP GREENSBURG++ | Trustee Claim Number:37 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
|---|---|---|
| PO BOX 349 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| GREENSBURG, IN  47240 | COMMENT: | |

| LVNV FUNDING LLC | Trustee Claim Number:38 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:3 | ACCOUNT NO.:  0312 |
| PO BOX 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*MBNA*STALE*CL3 : $4594.66 W/DRWN-DOC 63 | |

| INTERNAL REVENUE SERVICE* | Trustee Claim Number:39 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:4 | ACCOUNT NO.:  8401 |
| PO BOX 7317 | | |
| | CLAIM:  129.33 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH | |

| PA DEPARTMENT OF REVENUE* | Trustee Claim Number:40 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:6 | ACCOUNT NO.:  8401 |
| STRAWBERRY SQ | | |
| | CLAIM:  35.61 | |
| HARRISBURG, PA  17128 | COMMENT:  NO GEN UNS/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **NAVY FEDERAL CREDIT UNION*** | Trustee Claim Number:41  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: BANKRUPTCY DEPT* | Court Claim Number:7 | ACCOUNT NO.: 4317 |
| POB 3000* | | |
| | CLAIM: 3,171.08 | |
| MERRIFIELD, VA 22119 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL SERVICES INC A/S/F SPR** | Trustee Claim Number:42  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O ONE MAIN(*) | Court Claim Number:11 | ACCOUNT NO.: 6675 |
| PO BOX 3251 | | |
| | CLAIM: 190.69 | |
| EVANSVILLE, IN 47731-3251 | COMMENT: NO GEN UNS/SCH*W/5*SURR@CID 5 | |

| | | |
|---|---|---|
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S** | Trustee Claim Number:43  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| PO BOX 10826 | Court Claim Number:23 | ACCOUNT NO.: 3897 |
| | CLAIM: 19,757.55 | |
| GREENVILLE, SC 29603-0826 | COMMENT: CL23GOV*18k@DITECH/PL*THRU 6/19*FR US BANK/DITECH-DOC 43 | |

| | | |
|---|---|---|
| **FAYETTE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:44  INT %: 9.00% | CRED DESC: SECURED CREDITOR |
| 2 WEST MAIN ST | Court Claim Number: | ACCOUNT NO.: 0051 |
| | CLAIM: 1,745.00 | |
| UNIONTOWN, PA 15401 | COMMENT: 25-29-0051*$@9%/CONF-PL*YR 19/PL*18-19/SCH@ CID 4 | |

| | | |
|---|---|---|
| **COUNTRY DOOR** | Trustee Claim Number:45  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number:14 | ACCOUNT NO.: 5530 |
| PO BOX 800849 | | |
| | CLAIM: 414.33 | |
| DALLAS, TX 75380 | COMMENT: NT/SCH*NO PMTS EVER*ACCT OPEN 5/25/19 | |

| | | |
|---|---|---|
| **GINNYS** | Trustee Claim Number:46  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number:15 | ACCOUNT NO.: 5630 |
| PO BOX 800849 | | |
| | CLAIM: 282.92 | |
| DALLAS, TX 75380 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S** | Trustee Claim Number:47  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| PO BOX 10826 | Court Claim Number:23 | ACCOUNT NO.: 3897 |
| | CLAIM: 300.00 | |
| GREENVILLE, SC 29603-0826 | COMMENT: NT PROV/PL*NTC POSTPET FEES/EXP*REF CL*W/43*FR US BANK/DITECH-DOC 43 | |