IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-22451 CMB |
| | : | |
| Philip J. Terravecchia, Jr. and Susan L. Terracvecchia, | : | Chapter 13 |
| | : | |
| | : | Document No.: _____ |
| Debtors. | : | |
| | : | Hearing Date & Time: Thursday, May 2, 2024 at 10:00 a.m. |
| Philip J. Terravecchia, Jr., | : | |
| | : | |
| Movant, | : | Responses Due: April 18, 2024 |
| | : | |
| vs. | : | |
| | : | |
| Discover Bank, | : | |
| | : | |
| Respondent. | : | |

Certification of No Objection
<u>Regarding Debtors' Motion to Avoid Judgment Liens</u>

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Avoid Judgment Lien filed on April 1, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Avoid Judgment Lien were to be filed and served no later than April 18, 2024.

It is hereby respectfully requested that the Order attached to the Motion to Avoid Judgment Lien be entered by the Court.

Dated:  April 19, 2024

TREMBA, KINNEY, GREINER & KERR

By: <u>/s/ Daniel R. White</u>
Daniel R. White
PA I.D. No. 78718
1310 Morrell Avenue, Suite C
Connellsville, PA 15425
(724) 628-7955
Email: dwhite@westpalawyers.com
Attorneys for Debtors