IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 19-22451 CMB |
| Phillip J. Terravecchia, Jr. and Susan L. Terravecchia, | Chapter 13 |
| | Document No.: 61 |
| Debtors. | |
| Phillip J. Terravecchia, Jr. and Susan L. Terravecchia, | |
| Movants, | |
| vs. | |
| Discover Bank, | |
| Respondent. | **ENTERED BY DEFAULT** |

## ORDER

AND NOW, upon consideration of the Debtors' Motion to Avoid Judgment Lien, the Court ORDERS, ADJUDGES, and DECREES as follows:

1. The judgment entered by Respondent, Discover Bank, for $4,732.34 on November 30, 2009 against Debtor-Husband, Phillip J. Terravecchia, Jr., at No. 2537 of 2009, G.D., Fayette County Court of Common Pleas, impairs Debtors' exemption under 11 U.S.C. §522(d)(1).

2. The judgment entered by Respondent, Discover Bank, for $1,079.60 on October 1, 2018 against Debtor-Husband, Phillip J. Terravecchia, Jr., at No. 1114 of 2018, G.D., Fayette County Court of Common Pleas, impairs Debtors' exemption under 11 U.S.C. §522(d)(1).

3. The aforesaid judgment liens of Discover Bank are hereby avoided and cancelled in their entirety.

4. A copy of this Order may be recorded as evidence that these judgments have been avoided and cancelled.

Dated: 4/19/2024

FILED
4/19/24 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT,

_____
United States Bankruptcy Judge
dmk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22451-CMB |
| Philip J. Terravecchia, Jr. | Chapter 13 |
| Susan L. Terravecchia | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 19, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Philip J. Terravecchia, Jr., Susan L. Terravecchia, 174 Coal Street, Lemont Furnace, PA 15456-1080 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2024            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R. White | |
| | on behalf of Plaintiff Philip J. Terravecchia  Jr. r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | |
| | on behalf of Joint Debtor Susan L. Terravecchia r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | |
| | on behalf of Debtor Philip J. Terravecchia  Jr. r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | |
| | on behalf of Plaintiff Susan L. Terravecchia r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 19, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com

Keri P. Ebeck

on behalf of Creditor Specialized Loan Servicing  LLC, As Servicer For Wilmington Savings Fund Society, FSB, DBA, Christina Trust, Not In Its Individual Capacity, But Solely In Its Capacity As Owner Trustee For WF 19 Grant kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck

on behalf of Creditor Specialized Loan Servicing  LLC as Servicer for Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF13, Mortgage Pass-Through Certificates, Series 2006-FF13 kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 9