UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  PHILIP J. TERRAVECCHIA, JR.<br>SUSAN L. TERRAVECCHIA<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  PHILIP J. TERRAVECCHIA, JR.<br>SUSAN L. TERRAVECCHIA<br><br>     Respondents | Case No.19-22451CMB<br><br>Chapter 13<br><br>Related to Doc. No. 69 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 21st day of June, 2024, it is hereby ORDERED, ADJUDGED, and DECREED that,

C Harper Chevrolet
Attn: Payroll Manager
Rt 51 At Rt 70
Belle Vernon, PA 15012

is hereby ordered to immediately terminate the attachment of the wages of PHILIP J. TERRAVECCHIA, JR., social security number XXX-XX-8401. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of PHILIP J. TERRAVECCHIA, JR..

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
Carlota M. Böhm, Judge    jah
United States Bankruptcy Court

FILED
6/21/24 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22451-CMB |
| Philip J. Terravecchia, Jr. | Chapter 13 |
| Susan L. Terravecchia | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 21, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Philip J. Terravecchia, Jr., 174 Coal Street, Lemont Furnace, PA 15456-1080 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. White | |
| | on behalf of Joint Debtor Susan L. Terravecchia r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | |
| | on behalf of Debtor Philip J. Terravecchia  Jr. r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | |
| | on behalf of Plaintiff Susan L. Terravecchia r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | |
| | on behalf of Plaintiff Philip J. Terravecchia  Jr. r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 21, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com

Keri P. Ebeck

on behalf of Creditor Specialized Loan Servicing  LLC, As Servicer For Wilmington Savings Fund Society, FSB, DBA, Christina Trust, Not In Its Individual Capacity, But Solely In Its Capacity As Owner Trustee For WF 19 Grant kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck

on behalf of Creditor Specialized Loan Servicing  LLC as Servicer for Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF13, Mortgage Pass-Through Certificates, Series 2006-FF13 kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 9