Certificate Number: 03088-PAW-DE-038617160

Bankruptcy Case Number: 19-22451



03088-PAW-DE-038617160

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 27, 2024, at 9:45 o'clock PM CDT, Philip J Terravecchia Jr. completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 27, 2024              By:    /s/Doug Tonne

                                   Name:  Doug Tonne

                                   Title: Counselor