Certificate Number: 03088-PAW-DE-038617161

Bankruptcy Case Number: 19-22451



03088-PAW-DE-038617161

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 27, 2024, at 9:45 o'clock PM CDT, Susan L Terravecchia completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: June 27, 2024

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor