IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Phillip J. Terravecchia and Susan L. Terravecchia, | : | Case No. 19-22451 CMB |
| | : | |
| | : | Document No. |
| Debtors. | : | |
| | : | |
| Phillip J. Terravecchia and Susan L. Terravecchia, | : | |
| | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| | | |
| Respondent. | | |

<u>DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY</u>

AND NOW come the Debtors, Phillip J. Terravecchia and Susan L. Terravecchia, by and through their Counsel, Tremba, Kinney, Greiner & Kerr, LLC, and certifies under penalty of perjury that the following statements are true and correct:

1.    The Debtors have made all payments required by the Chapter 13 Plan.

2.    Debtors are not required to pay any Domestic Support Obligations.

3.    The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code.  Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.    On June 27, 2024, at docket numbers 72 and 73, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by:  Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: July 2, 2024

/s/ Phillip J. Terravecchia
Phillip J. Terravecchia, Debtor

/s/ Susan L. Terraveccha
Susan L. Terravecchia, Joint Debtor


TREMBA, KINNEY, GREINER & KERR

BY:  /s/ Daniel R. White
      Daniel R. White, Esquire
      PA I.D. No. 78718
      1310 Morrell Avenue, Suite C
      Connellsville, PA 15425
      724-628-7955
      dwhite@westpalawyers.com