## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## (PITTSBURGH)

| | |
|---|---|
| IN RE: ) | |
| PHILIP J. TERRAVECCHIA, JR. AKA PHIL ) | CASE NO.: 19-22451-CMB |
| J. TERRAVECCHIA, JR., AND ) | CHAPTER 13 |
| SUSAN L. TERRAVECCHIA ) | |
|     DEBTORS. ) | JUDGE CARLOTA M BOHM |
| ) | |
| WILMINGTON SAVINGS FUND ) | |
| SOCIETY, FSB, D/B/A CHRISTIANA TRUST ) | |
| AS TRUSTEE FOR PNPMS TRUST III ) | |
|     CREDITOR ) | |
| ) | |
| PHILIP J. TERRAVECCHIA, JR. AKA PHIL ) | |
| J. TERRAVECCHIA, JR. AND ) | |
| SUSAN L. TERRAVECCHIA, DEBTORS, ) | |
| AND RONDA J. WINNECOUR, TRUSTEE ) | |
| ) | |
|     RESPONDENTS ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 9th day of August 2024

    Respectfully submitted,
    /s/ Joshua I. Goldman
    Joshua I. Goldman, Esq
    Pennsylvania Bar # 205047
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    josh.goldman@padgettlawgroup.com
    *Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 9th day of August 2024.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **SERVICE LIST (CASE NO. 19-22451-CMB)**

*DEBTOR*
PHILIP J. TERRAVECCHIA, JR.
SUSAN L. TERRAVECCHIA
174 COAL STREET
LEMONT FURNANCE, PA 15456

*ATTORNEYS FOR DEBTOR*
DANIEL R. WHITE
TREMBA, KINNEY, GREINER & KERR, LLC
1310 MORRELL AVENUE
SUITE C
CONNELLSVILLE, PA 15425
DWHITE@WESTPALAWYERS.COM

*TRUSTEE*
RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

*U.S. TRUSTEE*
OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222