**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PHILIP J. TERRAVECCHIA, JR.
SUSAN L. TERRAVECCHIA
    Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
    Movant
    vs.
No Respondents.

Case No.:19-22451

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/20/2019 and confirmed on 8/2/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 73,100.00 |
| Less Refunds to Debtor | 449.66 | |
| TOTAL AMOUNT OF PLAN FUND | | 72,650.34 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 3,571.57 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,071.57 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG<br>Acct: 3897 | 0.00 | 38,830.16 | 0.00 | 38,830.16 |
| NEW REZ LLC D/B/A SHELLPOINT MORTG<br>Acct: 3897 | 19,757.55 | 19,757.55 | 0.00 | 19,757.55 |
| FAYETTE COUNTY TAX CLAIM BUREAU*<br>Acct: 0051 | 1,845.16 | 1,845.16 | 541.87 | 2,387.03 |
| FAYETTE COUNTY TAX CLAIM BUREAU*<br>Acct: 0051 | 1,745.00 | 1,745.00 | 512.41 | 2,257.41 |
| ONE MAIN FINANCIAL SERVICES INC A/S/<br>Acct: 6675 | 0.00 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL SERVICES INC A/S/<br>Acct: 2624 | 1,004.22 | 1,004.22 | 47.42 | 1,051.64 |
| | | | | 64,283.79 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ AND TREMBA KINN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PHILIP J. TERRAVECCHIA, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PHILIP J. TERRAVECCHIA, JR.<br>Acct: | 449.66 | 449.66 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC(++)<br>Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| DANIEL R WHITE ESQ(++)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 8401 | 453.15 | 453.15 | 0.00 | 453.15 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 8401 | 541.83 | 541.83 | 0.00 | 541.83 |
| NEW REZ LLC D/B/A SHELLPOINT MORTG<br>Acct: 3897 | 300.00 | 300.00 | 0.00 | 300.00 |
| | | | | 1,294.98 |
| **Unsecured** | | | | |
| DISCOVER BANK(*) | 719.60 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 3581 | | | | |
| | SPECIALIZED LOAN SERVICING LLC - AGT | 7,901.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 9630 | | | | |
| | ECMC(*) | 10,931.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 1895 | | | | |
| | AMERIMARK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2033 | | | | |
| | BANK OF AMERICA NA** | 2,933.85 | 0.00 | 0.00 | 0.00 |
| | Acct: 3936 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 783.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 6084 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 2,870.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 5019 | | | | |
| | MIDLAND FUNDING LLC | 596.12 | 0.00 | 0.00 | 0.00 |
| | Acct: 6417 | | | | |
| | DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2009 | | | | |
| | FAYETTE EMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FOUNDATION RADIOLOGY GROUP PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2257 | | | | |
| | LVNV FUNDING LLC | 4,326.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 3986 | | | | |
| | MARINER FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0801 | | | | |
| | MARINER FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3515 | | | | |
| | MONTGOMERY WARD** | 1,157.83 | 0.00 | 0.00 | 0.00 |
| | Acct: 5290 | | | | |
| | ECMC(*) | 17,474.21 | 0.00 | 0.00 | 0.00 |
| | Acct: 1895 | | | | |
| | NORTH UNION TWP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8401 | | | | |
| | REAL TIME RESOLUTIONS INC AS AGENT | 4,778.98 | 0.00 | 0.00 | 0.00 |
| | Acct: 8949 | | | | |
| | UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3928 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 413.76 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 130.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 7439 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0312 | | | | |
| | INTERNAL REVENUE SERVICE* | 129.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 8401 | | | | |
| | PA DEPARTMENT OF REVENUE* | 35.61 | 0.00 | 0.00 | 0.00 |
| | Acct: 8401 | | | | |
| | NAVY FEDERAL CREDIT UNION* | 3,171.08 | 0.00 | 0.00 | 0.00 |
| | Acct: 4317 | | | | |
| | ONE MAIN FINANCIAL SERVICES INC A/S/ | 190.69 | 0.00 | 0.00 | 0.00 |
| | Acct: 6675 | | | | |
| | COUNTRY DOOR | 414.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 5530 | | | | |
| | GINNYS | 282.92 | 0.00 | 0.00 | 0.00 |
| | Acct: 5630 | | | | |
| | DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2018 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |

19-22451  Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 2257 | | | | |
|     SHERYL HEID | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ADVANCED CALL CENTER TECHNOLOGIE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     LINEBARGER GOGGAN BLAIR ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     RMP GREENSBURG++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***N O N E***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 65,578.77 |
| TOTAL CLAIMED | |
|   PRIORITY | 1,294.98 |
|   SECURED | 24,351.93 |
|   UNSECURED | 59,241.44 |

Date: 08/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    PHILIP J. TERRAVECCHIA, JR.
    SUSAN L. TERRAVECCHIA
        Debtor(s)

Ronda J. Winnecour
       Movant
     vs.
No Repondents.

Case No.:19-22451

Chapter 13

Document No.:

## ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22451-CMB |
| Philip J. Terravecchia, Jr. | Chapter 13 |
| Susan L. Terravecchia | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 28, 2024 | Form ID: pdf900 | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Philip J. Terravecchia, Jr., Susan L. Terravecchia, 174 Coal Street, Lemont Furnace, PA 15456-1080 |
| 15073300 | | Ditech Financial, LLC, Ditech Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 15073301 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15073302 | | Fayette EMS, P.O. Box 862, Connellsville, PA 15425-0862 |
| 15073303 | | Foundation Radiology Group, PC, 75 Remittance Drive--Dept. 6757, Chicago, IL 60675-6757 |
| 15073309 | + | Linebarger Goggan Blair & Sampson, 75 South Houcks Road--Suite 301, Harrisburg, PA 17109-2835 |
| 15073311 | + | Mariner Finance, 45 West Main Street, Uniontown, PA 15401-3341 |
| 15073312 | + | Mariner Finance, 1155 Washington Pike--Suite 60, Bridgeville, PA 15017-2827 |
| 15073316 | + | North Union Township, James ~Mari, 1197 Connellsville Road, Lemont Furnace, PA 15456-1071 |
| 15073305 | + | Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 15073321 | + | Stephen Selinger, Esq., 140 Broadway--26th Floor, New York, NY 10005-1171 |
| 15112826 | | U.S. Bank National Association, as Trustee, for Ma, c/o Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 15073323 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 15073324 | + | Vantage Acceptance, 5950 Canoga Avenue--Suite 300, Woodland Hills, CA 91367-5037 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2024 00:16:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 28 2024 23:59:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15073293 | ^ | MEBN | Aug 28 2024 23:56:14 | AES/PHEAA, P.O. Box 8183, Harrisburg, PA 17105-8183 |
| 15073292 | ^ | MEBN | Aug 28 2024 23:53:56 | Advanced Call Center Technologies, P.O. Box 9091, Gray, TN 37615-9091 |
| 15073294 | | Email/Text: bankruptcy@sccompanies.com | Aug 29 2024 00:01:00 | AmeriMark Premier Easy Pay Plan, P.O. Box 2845, Monroe, WI 53566-8045 |
| 15073295 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 28 2024 23:59:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998-2234 |
| 15097351 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 29 2024 00:00:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15073296 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 29 2024 00:00:00 | Blair/Comenity Capital Bank, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 15073297 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2024 00:15:08 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15081259 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2024 00:16:28 | Capital One Bank (USA), N.A., by American |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15095549 | + | Email/Text: bankruptcy@sccompanies.com | Aug 29 2024 00:01:00 | Country Door, c/o Creditors Bankruptcy Service, P. O. Box 800849, Dallas, TX 75380-0849 |
| 15073298 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 29 2024 00:16:14 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15073299 | | Email/Text: mrdiscen@discover.com | Aug 28 2024 23:59:00 | Discover Bank, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 15076585 | | Email/Text: mrdiscen@discover.com | Aug 28 2024 23:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15123838 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 29 2024 00:00:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 15095550 | + | Email/Text: bankruptcy@sccompanies.com | Aug 29 2024 00:01:00 | Ginny's, c/o Creditors Bankruptcy Service, P. O. Box 800849, Dallas, TX 75380-0849 |
| 15073304 | ^ | MEBN | Aug 28 2024 23:56:23 | Hayt, Hayt & Landau, LLC, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 15073306 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2024 23:59:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15073307 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2024 00:16:36 | JC Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15073308 | ^ | MEBN | Aug 28 2024 23:55:41 | KML Law Group, Suite 5000--BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1538 |
| 15076819 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2024 00:14:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15073310 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2024 00:16:36 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15073313 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 29 2024 00:00:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2710 |
| 15105199 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 29 2024 00:00:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15073314 | | Email/Text: bankruptcy@sccompanies.com | Aug 29 2024 00:01:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15095548 | + | Email/Text: bankruptcy@sccompanies.com | Aug 29 2024 00:01:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P. O. Box 800849, Dallas, TX 75380-0849 |
| 15081464 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 29 2024 00:01:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15073315 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 29 2024 00:00:00 | Nelnet Student Loan Trust, Attn: Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 15084232 | ^ | MEBN | Aug 28 2024 23:53:51 | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul MN 55116-0129 |
| 15233025 | | Email/Text: mtgbk@shellpointmtg.com | Aug 28 2024 23:59:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15073317 | | Email/PDF: cbp@omf.com | Aug 29 2024 00:27:38 | One Main Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15089385 | + | Email/PDF: cbp@omf.com | Aug 29 2024 00:14:29 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15073318 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 29 2024 00:00:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

Case 19-22451-CMB  Doc 79  Filed 08/30/24  Entered 08/31/24 00:31:53  Desc Imaged
Certificate of Notice  Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: pdf900 | Total Noticed: 61 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15084167 | + | Email/Text: bncnotifications@pheaa.org | Aug 28 2024 23:59:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15108916 | | Email/Text: bnc-quantum@quantum3group.com | Aug 29 2024 00:00:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15108915 | | Email/Text: bnc-quantum@quantum3group.com | Aug 29 2024 00:00:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15073319 | | Email/Text: bkdepartment@rtresolutions.com | Aug 29 2024 00:00:00 | Real Time Resolutions, 1349 Empire Central--Suite 150, Dallas, TX 75247-4029 |
| 15111744 | | Email/Text: bkdepartment@rtresolutions.com | Aug 29 2024 00:00:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 15073320 | + | Email/Text: EBN_IndianapolisIMC@receivemoremp.com | Aug 29 2024 00:01:00 | Receivables Management Partners, Attention: Bankruptcy, P.O. Box 349, Greensburg, IN 47240-0349 |
| 15320362 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 28 2024 23:59:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15073322 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 28 2024 23:59:00 | Specialized Loan Servicing, LLC, 8742 Lucent Blvd.--Suite 300, Highlands Ranch, CO 80129-2386 |
| 15074541 | ^ | MEBN | Aug 28 2024 23:56:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15106138 | | Email/PDF: ebn_ais@aisinfo.com | Aug 29 2024 00:14:46 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15073325 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 28 2024 23:59:00 | Verizon Wireless Bankruptcy Admin., 500 Technology Drive--Suite 500, Weldon Springs, MO 63304-2225 |
| 15073326 | | Email/Text: pitbk@weltman.com | Aug 28 2024 23:59:00 | Weltman, Weinberg & Reis, 436 Seventh Avenue--Suite 2500, Pittsburgh, PA 15219-1842 |
| 15090666 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 28 2024 23:59:00 | Wilmington Savings Fund Society,, FSB Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15073327 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 29 2024 00:00:00 | Woman Within/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | Specialized Loan Servicing, LLC, As Servicer For W |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Philip J. Terravecchia  Jr. r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of Plaintiff Susan L. Terravecchia r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of Plaintiff Philip J. Terravecchia  Jr. r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of Joint Debtor Susan L. Terravecchia r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing  LLC, As Servicer For Wilmington Savings Fund Society, FSB, DBA, Christina Trust, Not In Its Individual Capacity, But Solely In Its Capacity As Owner Trustee For WF 19 Grant kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing  LLC as Servicer for Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF13, Mortgage Pass-Through Certificates, Series 2006-FF13 kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10