**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Philip J. Terravecchia Jr.** | Social Security number or ITIN  xxx–xx–8401 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | **Susan L. Terravecchia** | Social Security number or ITIN  xxx–xx–1895 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  **19–22451–CMB** | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Philip J. Terravecchia Jr.
aka Phil J. Terravecchia Jr.

Susan L. Terravecchia

12/12/24

**By the court:** <u>Carlota M Bohm</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 19-22451-CMB

Philip J. Terravecchia, Jr.                                                              Chapter 13

Susan L. Terravecchia

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                      Page 1 of 5

Date Rcvd: Dec 12, 2024                           Form ID: 3180W                                Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Philip J. Terravecchia, Jr., Susan L. Terravecchia, 174 Coal Street, Lemont Furnace, PA 15456-1080 |
| 15073300 | | Ditech Financial, LLC, Ditech Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 15073301 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15073302 | | Fayette EMS, P.O. Box 862, Connellsville, PA 15425-0862 |
| 15073303 | | Foundation Radiology Group, PC, 75 Remittance Drive--Dept. 6757, Chicago, IL 60675-6757 |
| 15073309 | + | Linebarger Goggan Blair & Sampson, 75 South Houcks Road--Suite 301, Harrisburg, PA 17109-2835 |
| 15073312 | + | Mariner Finance, 1155 Washington Pike--Suite 60, Bridgeville, PA 15017-2827 |
| 15073311 | + | Mariner Finance, 45 West Main Street, Uniontown, PA 15401-3341 |
| 15073316 | + | North Union Township, James ~Mari, 1197 Connellsville Road, Lemont Furnace, PA 15456-1071 |
| 15073305 | + | Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 15073321 | + | Stephen Selinger, Esq., 140 Broadway--26th Floor, New York, NY 10005-1171 |
| 15112826 | | U.S. Bank National Association, as Trustee, for Ma, c/o Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 15073323 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 15073324 | + | Vantage Acceptance, 5950 Canoga Avenue--Suite 300, Woodland Hills, CA 91367-5037 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 13 2024 04:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 13 2024 04:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2024 23:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Dec 13 2024 04:51:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 12 2024 23:53:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2024 23:52:30 | Wilmington Savings Fund Society, FSB, PO Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| 15073293 | ^ | MEBN | Dec 12 2024 23:49:54 | AES/PHEAA, P.O. Box 8183, Harrisburg, PA 17105-8183 |

| 15073292 | ^ MEBN | | | |
| | | Dec 12 2024 23:49:30 | Advanced Call Center Technologies, P.O. Box 9091, Gray, TN 37615-9091 |
| 15073294 | EDI: CBS7AVE | | | |
| | | Dec 13 2024 04:51:00 | AmeriMark Premier Easy Pay Plan, P.O. Box 2845, Monroe, WI 53566-8045 |
| 15073295 | EDI: BANKAMER | | | |
| | | Dec 13 2024 04:51:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998-2234 |
| 15097351 | + EDI: BANKAMER2 | | | |
| | | Dec 13 2024 04:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15073296 | + EDI: WFNNB.COM | | | |
| | | Dec 13 2024 04:51:00 | Blair/Comenity Capital Bank, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 15073297 | EDI: CAPITALONE.COM | | | |
| | | Dec 13 2024 04:51:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15081259 | EDI: CAPITALONE.COM | | | |
| | | Dec 13 2024 04:51:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15095549 | + EDI: CBS7AVE | | | |
| | | Dec 13 2024 04:51:00 | Country Door, c/o Creditors Bankruptcy Service, P. O. Box 800849, Dallas, TX 75380-0849 |
| 15073298 | Email/PDF: creditonebknotifications@resurgent.com | | | |
| | | Dec 12 2024 23:52:29 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15073299 | EDI: DISCOVER | | | |
| | | Dec 13 2024 04:51:00 | Discover Bank, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 15076585 | EDI: DISCOVER | | | |
| | | Dec 13 2024 04:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15123838 | Email/Text: ECMCBKNotices@ecmc.org | | | |
| | | Dec 12 2024 23:54:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 15095550 | + EDI: CBS7AVE | | | |
| | | Dec 13 2024 04:51:00 | Ginny's, c/o Creditors Bankruptcy Service, P. O. Box 800849, Dallas, TX 75380-0849 |
| 15073304 | ^ MEBN | | | |
| | | Dec 12 2024 23:49:57 | Hayt, Hayt & Landau, LLC, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 15073306 | EDI: IRS.COM | | | |
| | | Dec 13 2024 04:51:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15073307 | EDI: SYNC | | | |
| | | Dec 13 2024 04:51:00 | JC Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15073308 | ^ MEBN | | | |
| | | Dec 12 2024 23:49:49 | KML Law Group, Suite 5000--BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1538 |
| 15076819 | Email/PDF: resurgentbknotifications@resurgent.com | | | |
| | | Dec 12 2024 23:52:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15073310 | EDI: SYNC | | | |
| | | Dec 13 2024 04:51:00 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15073313 | + Email/Text: bankruptcydpt@mcmcg.com | | | |
| | | Dec 12 2024 23:54:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2710 |
| 15105199 | + Email/Text: bankruptcydpt@mcmcg.com | | | |
| | | Dec 12 2024 23:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15073314 | EDI: CBS7AVE | | | |
| | | Dec 13 2024 04:51:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15095548 | + EDI: CBS7AVE | | | |
| | | Dec 13 2024 04:51:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P. O. Box 800849, Dallas, TX 75380-0849 |
| 15081464 | + EDI: NFCU.COM | | | |
| | | Dec 13 2024 04:51:00 | NAVY FEDERAL CREDIT UNION, P O BOX |

District/off: 0315-2                    User: auto                         Page 3 of 5
Date Rcvd: Dec 12, 2024                 Form ID: 3180W                      Total Noticed: 65

|  |  |  | 3000, MERRIFIELD, VA 22119-3000 |
|---|---|---|---|
| 15073315 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 12 2024 23:54:00 | Nelnet Student Loan Trust, Attn: Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 15084232 | ^ MEBN | Dec 12 2024 23:49:59 | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul MN 55116-0129 |
| 15233025 | Email/Text: mtgbk@shellpointmtg.com | Dec 12 2024 23:53:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 16439459 | Email/Text: mtgbk@shellpointmtg.com | Dec 12 2024 23:53:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 15073317 | EDI: AGFINANCE.COM | Dec 13 2024 04:51:00 | One Main Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15089385 | + EDI: AGFINANCE.COM | Dec 13 2024 04:51:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15073318 | EDI: PENNDEPTREV | Dec 13 2024 04:51:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15073318 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2024 23:54:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15084167 | + Email/Text: bncnotifications@pheaa.org | Dec 12 2024 23:53:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15108916 | EDI: Q3G.COM | Dec 13 2024 04:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15108915 | EDI: Q3G.COM | Dec 13 2024 04:51:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15073319 | Email/Text: bkdepartment@rtresolutions.com | Dec 12 2024 23:54:00 | Real Time Resolutions, 1349 Empire Central--Suite 150, Dallas, TX 75247-4029 |
| 15111744 | Email/Text: bkdepartment@rtresolutions.com | Dec 12 2024 23:54:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 15073320 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Dec 12 2024 23:54:00 | Receivables Management Partners, Attention: Bankruptcy, P.O. Box 349, Greensburg, IN 47240-0349 |
| 15320362 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 12 2024 23:53:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15073322 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 12 2024 23:53:00 | Specialized Loan Servicing, LLC, 8742 Lucent Blvd.--Suite 300, Highlands Ranch, CO 80129-2386 |
| 15074541 | ^ MEBN | Dec 12 2024 23:50:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15106138 | EDI: AIS.COM | Dec 13 2024 04:51:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15073325 | + EDI: VERIZONCOMB.COM | Dec 13 2024 04:51:00 | Verizon Wireless Bankruptcy Admin., 500 Technology Drive--Suite 500, Weldon Springs, MO 63304-2225 |
| 15073326 | Email/Text: pitbk@weltman.com | Dec 12 2024 23:53:00 | Weltman, Weinberg & Reis, 436 Seventh Avenue--Suite 2500, Pittsburgh, PA 15219-1842 |
| 15090666 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 12 2024 23:53:00 | Wilmington Savings Fund Society,, FSB Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15073327 | EDI: WFNNB.COM | Dec 13 2024 04:51:00 | Woman Within/Comenity Bank, Bankruptcy |

District/off: 0315-2      User: auto      Page 4 of 5

Date Rcvd: Dec 12, 2024      Form ID: 3180W      Total Noticed: 65

Department, P.O. Box 182125, Columbus, OH 43218-2125

TOTAL: 54

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | Specialized Loan Servicing, LLC, As Servicer For W |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 14, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R. White | |
| | on behalf of Debtor Philip J. Terravecchia Jr. r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | |
| | on behalf of Plaintiff Susan L. Terravecchia r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | |
| | on behalf of Plaintiff Philip J. Terravecchia Jr. r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | |
| | on behalf of Joint Debtor Susan L. Terravecchia r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | |
| | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com |
| Joshua I. Goldman | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Joshua I. Goldman | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Specialized Loan Servicing LLC, As Servicer For Wilmington Savings Fund Society, FSB, DBA, Christina |

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Dec 12, 2024 | Form ID: 3180W | Total Noticed: 65

Trust, Not In Its Individual Capacity, But Solely In Its Capacity As Owner Trustee For WF 19 Grant kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck

on behalf of Creditor Specialized Loan Servicing  LLC as Servicer for Deutsche Bank National Trust Company, as Trustee for
First Franklin Mortgage Loan Trust 2006-FF13, Mortgage Pass-Through Certificates, Series 2006-FF13
kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 11