**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
PHILIP J. TERRAVECCHIA, JR.
SUSAN L. TERRAVECCHIA
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-22451

Chapter 13

Document No.: 77

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __11th__ day of __December__, 20__24__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
12/11/24 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE   dmk

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-22451-CMB |
|---|---|
| Philip J. Terravecchia, Jr. | Chapter 13 |
| Susan L. Terravecchia | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: pdf900 | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Philip J. Terravecchia, Jr., Susan L. Terravecchia, 174 Coal Street, Lemont Furnace, PA 15456-1080 |
| 15073300 | | Ditech Financial, LLC, Ditech Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 15073301 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15073302 | | Fayette EMS, P.O. Box 862, Connellsville, PA 15425-0862 |
| 15073303 | | Foundation Radiology Group, PC, 75 Remittance Drive--Dept. 6757, Chicago, IL 60675-6757 |
| 15073309 | + | Linebarger Goggan Blair & Sampson, 75 South Houcks Road--Suite 301, Harrisburg, PA 17109-2835 |
| 15073312 | + | Mariner Finance, 1155 Washington Pike--Suite 60, Bridgeville, PA 15017-2827 |
| 15073311 | + | Mariner Finance, 45 West Main Street, Uniontown, PA 15401-3341 |
| 15073316 | + | North Union Township, James ~Mari, 1197 Connellsville Road, Lemont Furnace, PA 15456-1071 |
| 15073305 | + | Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 15073321 | + | Stephen Selinger, Esq., 140 Broadway--26th Floor, New York, NY 10005-1171 |
| 15112826 | | U.S. Bank National Association, as Trustee, for Ma, c/o Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 15073323 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 15073324 | + | Vantage Acceptance, 5950 Canoga Avenue--Suite 300, Woodland Hills, CA 91367-5037 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2024 23:52:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 12 2024 23:53:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2024 00:14:20 | Wilmington Savings Fund Society, FSB, PO Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| 15073293 | ^ | MEBN | Dec 12 2024 23:49:55 | AES/PHEAA, P.O. Box 8183, Harrisburg, PA 17105-8183 |
| 15073292 | ^ | MEBN | Dec 12 2024 23:49:31 | Advanced Call Center Technologies, P.O. Box 9091, Gray, TN 37615-9091 |
| 15073294 | | Email/Text: bankruptcy@sccompanies.com | Dec 12 2024 23:54:00 | AmeriMark Premier Easy Pay Plan, P.O. Box 2845, Monroe, WI 53566-8045 |
| 15073295 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 12 2024 23:53:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998-2234 |
| 15097351 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 12 2024 23:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15073296 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2024 23:53:00 | Blair/Comenity Capital Bank, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 15073297 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 19-22451-CMB   Doc 88   Filed 12/14/24   Entered 12/15/24 00:29:02   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: pdf900 | Total Noticed: 63 |

| | | | |
|---|---|---|---|
| | | Dec 12 2024 23:52:19 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15081259 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Dec 12 2024 23:52:20 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15095549 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Dec 12 2024 23:54:00 | Country Door, c/o Creditors Bankruptcy Service, P. O. Box 800849, Dallas, TX 75380-0849 |
| 15073298 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Dec 12 2024 23:52:30 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15073299 | Email/Text: mrdiscen@discover.com | | |
| | | Dec 12 2024 23:53:00 | Discover Bank, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 15076585 | Email/Text: mrdiscen@discover.com | | |
| | | Dec 12 2024 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15123838 | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | Dec 12 2024 23:54:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 15095550 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Dec 12 2024 23:54:00 | Ginny's, c/o Creditors Bankruptcy Service, P. O. Box 800849, Dallas, TX 75380-0849 |
| 15073304 | ^ MEBN | | |
| | | Dec 12 2024 23:49:57 | Hayt, Hayt & Landau, LLC, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 15073306 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Dec 12 2024 23:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15073307 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Dec 12 2024 23:52:20 | JC Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15073308 | ^ MEBN | | |
| | | Dec 12 2024 23:49:51 | KML Law Group, Suite 5000--BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1538 |
| 15076819 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 12 2024 23:52:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15073310 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Dec 12 2024 23:52:19 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15073313 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 12 2024 23:54:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2710 |
| 15105199 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 12 2024 23:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15073314 | Email/Text: bankruptcy@sccompanies.com | | |
| | | Dec 12 2024 23:54:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15095548 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Dec 12 2024 23:54:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P. O. Box 800849, Dallas, TX 75380-0849 |
| 15081464 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | Dec 12 2024 23:54:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15073315 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Dec 12 2024 23:54:00 | Nelnet Student Loan Trust, Attn: Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 15084232 | ^ MEBN | | |
| | | Dec 12 2024 23:50:00 | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul MN 55116-0129 |
| 15233025 | Email/Text: mtgbk@shellpointmtg.com | | |
| | | Dec 12 2024 23:53:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 16439459 | Email/Text: mtgbk@shellpointmtg.com | | |
| | | Dec 12 2024 23:53:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 15073317 | Email/PDF: cbp@omf.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: pdf900 | Total Noticed: 63 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 12 2024 23:52:28 | One Main Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15089385 | + | Email/PDF: cbp@omf.com | Dec 12 2024 23:52:20 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15073318 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2024 23:54:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15084167 | + | Email/Text: bncnotifications@pheaa.org | Dec 12 2024 23:53:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15108916 | | Email/Text: bnc-quantum@quantum3group.com | Dec 12 2024 23:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15108915 | | Email/Text: bnc-quantum@quantum3group.com | Dec 12 2024 23:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15073319 | | Email/Text: bkdepartment@rtresolutions.com | Dec 12 2024 23:54:00 | Real Time Resolutions, 1349 Empire Central--Suite 150, Dallas, TX 75247-4029 |
| 15111744 | | Email/Text: bkdepartment@rtresolutions.com | Dec 12 2024 23:54:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 15073320 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Dec 12 2024 23:54:00 | Receivables Management Partners, Attention: Bankruptcy, P.O. Box 349, Greensburg, IN 47240-0349 |
| 15320362 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 12 2024 23:53:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15073322 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 12 2024 23:53:00 | Specialized Loan Servicing, LLC, 8742 Lucent Blvd.--Suite 300, Highlands Ranch, CO 80129-2386 |
| 15074541 | ^ | MEBN | Dec 12 2024 23:50:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15106138 | | Email/PDF: ebn_ais@aisinfo.com | Dec 12 2024 23:52:28 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15073325 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 12 2024 23:53:00 | Verizon Wireless Bankruptcy Admin., 500 Technology Drive--Suite 500, Weldon Springs, MO 63304-2225 |
| 15073326 | | Email/Text: pitbk@weltman.com | Dec 12 2024 23:53:00 | Weltman, Weinberg & Reis, 436 Seventh Avenue--Suite 2500, Pittsburgh, PA 15219-1842 |
| 15090666 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 12 2024 23:53:00 | Wilmington Savings Fund Society,, FSB Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15073327 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2024 23:53:00 | Woman Within/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | Specialized Loan Servicing, LLC, As Servicer For W |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0315-2 User: auto Page 4 of 4
Date Rcvd: Dec 12, 2024 Form ID: pdf900 Total Noticed: 63

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 14, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Philip J. Terravecchia Jr. r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of Plaintiff Susan L. Terravecchia r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of Plaintiff Philip J. Terravecchia Jr. r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of Joint Debtor Susan L. Terravecchia r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Joshua I. Goldman | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing LLC, As Servicer For Wilmington Savings Fund Society, FSB, DBA, Christina Trust, Not In Its Individual Capacity, But Solely In Its Capacity As Owner Trustee For WF 19 Grant kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing LLC as Servicer for Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF13, Mortgage Pass-Through Certificates, Series 2006-FF13 kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11